"Certification of Funds in the Registry"
PRINCIPAL: $ 2,000,000.00
Financial Deputy: /mcr  6/16/2022

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>versus<br><br>GREAT LAKES DREDGE & DOCK COMPANY, L.L.C. | CRIMINAL NO. 21-cr-00056<br><br>SECTION: "T" |

### O R D E R

Considering the Joint Motion of United States of America and defendant, Great Lakes Dredge & Dock Company, LLC, to release the funds in the Registry of the Court to satisfy the $1,000,000.00 fine assessed against Great Lakes.

The clerk is authorized and directed to draw an EFT on the funds on deposit in the registry of this court in the principal amount of $1,000,000.00 plus all interest earned less the assessment fee for the administration of funds, payable to Great Lakes Dredge & Dock CO LLC.

**IT IS ORDERED** that the joint motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, having now resolved the disposition of the funds in the Court's registry, for which this case was held open at the June 14, 2022 hearing (*see* R. Doc. 51), the Court will issue a judgment forthwith to conclude the case.

New Orleans, Louisiana, this __16th__ day of _____June_____, 2022.

_____
Greg Gerard Guidry
United States District Judge