AMENDED MINUTE ENTRY
GUIDRY, J.
June 14, 2022

JS-10:  00:23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-56 |
| GREAT LAKES DREDGE & DOCK COMPANY, LLC | SECTION: T |

### SENTENCING

Courtroom Deputy: Dedra D. Pongracz
Court Reporter: Alexis Vice

PRESENT:   Nicholas Dupuy Moses, Counsel for the government
Michael William Magner, Counsel for defendant
Jefferson Randolph Tillery, Counsel for defendant
Vivienne Schiffer, Corporate Representative
Renee Williams, U. S. Probation

Case called 10:03 a.m.
Corporate Representative, Vivienne Schiffer, sworn and questioned by the Court.
Government's objection to paragraphs 6, 28 and 34 of the Presentence Investigation Report "PSR" are SUSTAINED.
Government's objection to paragraph 27 of the PSR is OVERRULED.
Government's objection to paragraph 31 of the PSR is OVERRULED.
Government's objection to paragraph 65 of the PSR is SUSTAINED.
Defendant's objection to paragraphs 6 and 43 of the PSR are SUSTAINED.
Defendant's objection to paragraphs 23, 24, 25, 67, 68 and 73 of the PSR are OVERRULED.
Defendant's objection to paragraph 27 of the PSR is OVERRULED.
Corporate Representative present and Defendants are sentenced to count 1 of the Bill of Information.
See Judgment for sentence imposed.
ORAL MOTION in conjunction with sentencing remaining open to allow the preparation and filing of a separate Motion & Order for release of fund from Court registry for proper distribution within 10 days is GRANTED.
Court adjourned 10:26 a.m.