AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN    District of    LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>GREAT LAKES DREDGE & DOCK<br>COMPANY, LLC | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>CASE NUMBER:    21-56<br><br>Vivienne Schiffer<br><sub>Defendant Organization's Attorney</sub> |

## THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)    Count 1 of the Bill of Information on June 15, 2021.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 U.S.C. §§1321(b)(3), 1319(c)(1)(A) | Violation of the Clean Water Act-Negligent Discharge | | 1 |

The defendant organization is sentenced as provided in pages 2 through    4    of this judgment.

☐ The defendant organization has been found not guilty on count(s)

☐ Count(s)                              ☐ is    ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant Organization's<br>Federal Employer I.D. No.:    20-1354414 | June 14, 2022<br><sub>Date of Imposition of Judgment</sub> |
| Defendant Organization's Principal Business Address:<br><br>:<br>9811 Katy Freeway, Suite 1200<br><br>Houston, Texas 77024 | _Greg Gerard Guidry_ (signature)<br><sub>Signature of Judge</sub><br><br>Greg Gerard Guidry, United State District Court Judge<br><sub>Name and Title of Judge</sub> |
| Defendant Organization's Mailing Address:<br><br>Same | June 17, 2022<br><sub>Date</sub> |

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 3 — Criminal Monetary Penalties

| | | | Judgment — Page | 2 | of | 4 |

DEFENDANT ORGANIZATION:   GREAT LAKES DREDGE & DOCK COMPANY, LLC
CASE NUMBER:        21-56

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 125.00 | $ 1,000,000.00 | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for   ☒ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 3A — Criminal Monetary Penalties

Judgment — Page    3    of    4

DEFENDANT ORGANIZATION: GREAT LAKES DREDGE & DOCK COMPANY, LLC
CASE NUMBER:    21-56

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

A special assessment of $125.00 is due immediately. The fine of $1,000,000.00 is due immediately from the date of judgment.  The payments shall be made to the Clerk, United States District Court, and are to be forwarded to the following address:

U.S. Clerk's Office
Attn: Financial Section
500 Poydras Street, Room C-151
New Orleans, LA 70130

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 4 — Schedule of Payments

Judgment — Page   4   of   4  

DEFENDANT ORGANIZATION:    GREAT LAKES DREDGE & DOCK COMPANY, LLC
CASE NUMBER:    21-56

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of  $ 1,000,000.00     due immediately, balance due

    ☐  not later than          , or

    ☐  in accordance with  ☐  C or  ☐  D below; or

B  ☐  Payment to begin immediately (may be combined with  ☐  C or  ☐  D below); or

C  ☐  Payment in       (e.g., equal, weekly, monthly, quarterly) installments of $      over a period of       (e.g., months or years), to commence     (e.g., 30 or 60 days) after the date of this judgment; or

D  ☒  Special instructions regarding the payment of criminal monetary penalties:

    Special Assessment is due immediately.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.